IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR145 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN RANGEL SORIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael L. Smart to withdraw as CJA court-appointed counsel for the defendant, Juan Rangel Soria (Soria) (Filing No. 97). Since retained counsel, Susan M. Bazis, has entered an appearance for Soria (Filing No. 96), Mr. Smart's motion to withdraw (Filing No. 97) is granted. Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

Mr. Smart shall forthwith provide Ms. Bazis with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Smart which are material to Soria's defense.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge