IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR145 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN RANGEL-SORIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

_____)

This matter is before the Court on defendant's motion to continue sentencing.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Monday, July 17, 2006, at 11 a.m.**, Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court